16 F.3d 405
 Smith (Richard)
v.
Elizabeth Township, Carlock (Charles J., Jr.), Township
Commissioner, Johnston (Glenn), Township Commissioner, Maha
(Richard), Township Commissioner, Beckowitz (Joanne),
Township Commissioner, Castine (Michael), Township
Commissioner, Hinchey (Gerald), Township Commissioner,
Brassart (Fred), Township Commissioner, Kochan (Helen),
Township Commissioner, Jordon (Gary), Berman (Fred)
 NO. 93-3256
 United States Court of Appeals,
Third Circuit.
 Dec 13, 1993
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.